Dist Ct. WO7-52145-P(c)
11,202-18

Freddie L. Brewer # 1570551
TDCJ-ID Coffield Unit
2661 FM 2054
Tennessee Colony, Tx. 75884

General Counsel
Sian Schilhab
Texas Court of Criminal Appeals
Price Daniel Bldg 209 W. 14th St.
Post Office Box 12308 Cap. Sta.
Austin Texas. 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

Dear Counsel Schilhab,

By the time this letter reach Your Office, my application for Habeas Corpus should be filed in the Clerk office of the Court of Criminal Appeals under the above Writ Number, if not then by Copy of this letter the Clerk is being informed that the Writ application is time overdue from Dallas County.

My reason for addressing You this letter is due to Webb v State, 533 SW2d 780 (Tex. Cr. App. 1976) (Pro se Self-Representation on Appellate Review). The Courts of Appeals District are in conflict over this Pro se rep., on direct review. It is the 5th District Court of Appeals in this Case denying a timely request for Pro se Rep., now the Pending Writ application is important to Texas Jurisprudence for 2 reason. First to settle the Pro se Self representation on direct review and bring all the Courts of Appeals into one accord. Secondly, the issue of Second or Successive Writ or Writ of Mandamus should be

Page 1.

addressed in the instant case in light of remedies. Due to the Court of Criminal Appeals' dismissal of the Discretionary Review Proceeding Without addressing the issue of denial of Pro se representation on appeal. Due to divided Courts of Appeals One Cannot be Sure of the right or it Violation for the Purpose of Habeas Corpus or an abused of discretion for the Purpose of a Writ of Mandamus, by the Same Policy No Ministerial Act for Mandamus Action. If You Would Weigh in on this Jurisprudence issue and remedies Question Would be appreciated.

Dated 12 22 14

Respectfully

Freddie L Brewer

CC: Clerk of Court
Court of Criminal Appeals

Page 2.

In Re: WR 11.202-18
Ex Parte Freddie Lewis Brewer
Dist Ct. W07-52145-P(c)

Freddie L. Brewer #1570551
TDCJ-ID Coffield Unit
26601 FM 2054
Tennessee Colony, Tx. 75884

General Counsel
Sian Schilhab
Texas Court of Criminal Appeals
Price Daniel Bldg 209 W. 14th St.
Post Office Box 12308 Capt. Sta.
Austin Texas. 78711-2308

Dear Counsel Schilhab,

By the time this letter reach Your Office My application for Habeas Corpus should be filed in the Clerk Office of the Court of Criminal Appeals under the above Writ Number, if not then by Copy of this letter the Clerk is being informed that the Writ application is time overdue from Dallas County.

My reason for addressing You this letter is due to Webb v State, 533 SW2d 780 (Tex. Cr. App. 1976) (Pro Se Self-Representation on Appellate Review). The Courts of Appeals District are in conflict over this Pro Se rep. on direct review. It is the 5Th District Court of Appeals in this Case denying a timely request for Pro Se Rep., now the Pending Writ application is important to Texas JurisPrudence for 2 reason. First to Settle the Pro Se Self representation on direct review and bring all the Courts of Appeals into one accord. Secondly, the issue of Second or Successive Writ or Writ of Mandamus Should be

Page 1.

addressed in the instant Case in light of remedies. Due to the Court of Criminal Appeals' dismissal of the Discretionary Review Proceeding Without addressing the issue of denial of Prose representation on appeal. Due to divided Courts of Appeals One Cannot be Sure of the right or it Violation for the PurPose of Habeas CorPus or an abused of discretion for the PurPose of a Writ of Mandamus, by the Same Policy No Ministerial Act for Mandamus Action. If You Would Weigh in on this JurisPru-dence Issue and remedies Question Would be appreciated.

Respectfully
Freddie L Brewer

Dated 12 22 14

CC: Clerk of Court
    Court of Criminal Appeals

Page 2.